| | | | | |
|---|---|---|---|---|
| Jackson v. U.S. . . . . . . . . . . . . | 16–CM–292 | 04/12/2017 | Affirmed | Pan |
| Butler v. U.S. . . . . . . . . . . . . . | 16–CM–267 | 04/11/2017 | Affirmed | Gardner, Jr. |
| McCray v. U.S. . . . . . . . . . . . . | 16–CO–171 | 04/11/2017 | Affirmed | Cushenberry, Jr. (Motions) |
| Wiltshire v. U.S. . . . . . . . . . . . | 14–CO–924 | 04/07/2017 | Affirmed | Motley |
| Ja.W., In re . . . . . . . . . . . . . . | 16–FS–453 | 04/07/2017 | Affirmed | DiToro |
| Braddy v. U.S. . . . . . . . . . . . . | 15–CF–980 | 04/05/2017 | Affirmed | Edelman |
| Liedtke v. SMS Properties LLC . . . . . . . . . . . . . . . . . . | 15–CV–1196 | 04/05/2017 | Affirmed | Nash |
| Equitas Disability Advocates, LLC v. Boggs . . . . . . . . . . . | 16–CV–118 | 04/05/2017 | Affirmed | Motley |